1 Aurora Public Schools and David James O'Neill, Petitioners v. Angelica Saupe and Brian Saupe, Respondents No. 22SC824
Supreme Court of Colorado, En Banc
December 21, 2022

 Court
 of Appeals Case No. 20CA997 Arapahoe County District Court,
 22CV30065

 Petition
 for Writ of Certiorari Pursuant to C.A.R. 50 GRANTED.

 Whether
 applying a newly created cause of action to conduct that
 occurred prior to the creation of the cause of action
 violates the Colorado constitutional prohibition against laws
 that are retrospective in operation.

 Whether
 applying a newly enacted waiver of immunity from suit to
 conduct that occurred prior to the enactment of the waiver,
 and at a time when the immunity was in effect, violates the
 Colorado constitutional prohibition against laws that are
 retrospective in operation.